CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01203−MJD−SRN

Sowders v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Judge Michael J. Davis
Referred to: Magistrate Judge Susan R. Nelson
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Darrell Sowders**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | Ï 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 4023413.) assigned to Judge Michael J. Davis per Master list and referred to Magistrate Judge Susan R. Nelson, filed by Darrell Sowders. (Attachments: # 1 Civil Cover Sheet) (RJL) (Entered: 05/02/2008) |
| 05/02/2008 | Ï | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (RJL) (Entered: 05/02/2008) |
| 05/14/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Sabina Downing (ckp.filings@crbard.com) Defense Counsel for Service of Process on May 14, 2008 by Darrell Sowders. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver of Service Form, # 2 Certificate of Service of Notice of Suit and Request for Waiver of Service of Summons, Waiver of Service of Summons Form, NEFs, Summons, and Complaint)(Johnson, Charles) (Entered: 05/14/2008) |
| 05/21/2008 | Ï 3 | WAIVER OF SERVICE Returned Executed filed by Darrell Sowders. Davol, Inc. waiver sent on 5/14/2008, answer due 7/14/2008; C.R. Bard, Inc. waiver sent on 5/14/2008, answer due 7/14/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 05/21/2008) |

| | | |
|---|---|---|
| 06/26/2008 | Ï 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO−21), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (RJL) (Entered: 06/26/2008) |